UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

In the matter of:

KAREN SCHOOFF,            Case No. 17-57500-MBM
                                             Chapter 13
             Debtor.    /         Hon. Marci B. McIvor

## ORDER REGARDING DEBTOR'S COUNSEL'S
## DECLARATION OF ATTORNEY FEES

For the reasons set forth in the Opinion issued contemporaneously with this Order;

IT IS HEREBY ORDERED that Debtor's Counsel is awarded attorney fees in the amount of $4,006.25, to be paid by George Schooff pursuant to 11 U.S.C. § 362(k)(1).

IT IS FURTHER ORDERED that fees awarded pursuant to this Order shall be paid to Debtor's counsel on or before April 12, 2019.

**Signed on February 13, 2019**



                                         /s/ Marci B. McIvor
                                         **Marci B. McIvor**
                                         **United States Bankruptcy Judge**